**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 29, 2024

**STROM V. PETERSHAGEN**
Case # 2:24–cv–00583–BAT

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Civil Cover Sheet Omitted**
Pursuant to the requirements outlined in Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. This form should be electronically filed as soon as possible by going to **Other Documents** and selecting **Civil Cover Sheet**.

    **Copyright/Patent/Trademark Forms Omitted**
The Copyright/Patent/Trademark form(s) were omitted upon case opening. If applicable, the form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. Please email the form to newcases.seattle@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file