Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CASEY STROM,<br><br>          Plaintiff,<br><br>    v.<br><br>GARY PETERSHAGEN,<br><br>          Defendant. | Civil Action No. 24-cv-583BAT<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, David A. Lowe, hereby appears for Defendant Gary Petershagen. All further pleadings and papers, except original process, shall be served upon said attorney.

RESPECTFULLY SUBMITTED June 21, 2024.

                                        s/David A. Lowe, WSBA No. 24453
                                          Lowe@LoweGrahamJones.com
                                        LOWE GRAHAM JONES^PLLC
                                        1325 Fourth Avenue, Suite 1130
                                        Seattle, Washington 98101
                                        T: 206.381.3300

                                        Attorneys for Defendant

NOTICE OF APPEARANCE
Civil Action No. 24-cv-583BAT
GPET-6-0001P001 NOA

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301