**EXHIBIT 1**

**Casey B. Strom** 

## Intro

CEO, Technology Nut, Plain Nut. Passionate about suicide prevention. Married! He/Him. 🏳️‍🌈

ℹ️ **Profile** · Digital creator

💼 Board Member at **Lake Stevens Pride**

💼 Strom Global at Chief Executive Officer (CEO) & Founder

💼 Former CEO and Founder at Northwest Vox

💼 Former Production Manager at **Blue Danube Productions**

💼 Former Founder at Pacific Tech Pros

💼 Former Pro Audio - Live/Rental/Install at Mills Music

💼 Former Audio/Lighting Technician at **The Official Jeremiah Center/Kazba**

💼 Former IT Director at Mills Music

🎓 Went to Edmonds Woodway High School

🏠 Lives in **Lake Stevens, Washington**

📍 From **Lynnwood, Washington**

💗 Married to **Bran Kessler**

## Photos

[See all photos](#)

---

**Casey B. Strom** ✓ is with **John Lovick** and **7 others.**
May 3, 2019 · 🌐

Proud to be a part of the Lake Stevens Food Bank groundbreaking ceremony today. I am excited to see my community thrive.







+6





Casey B. Strom
May 3, 2019

— with **Gary Petershagen** and **5 others**.

6                                    2

👍 Like        💬 Comment        ↗

Most relevant ▾

Mary Dickinson
Which one is wearing heels?
Hmmm...
5y    Like    Reply

Terry Bockovich  **Follow**
**John Lovick**, **Doug Warren**, Scott
Smith, **Anne Anderson**, **Sam Low**,
Ken Brown Gary Petershagen, **Jim
Haugen**
5y    Like    Reply

**EXHIBIT 2**

# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

Anderson J. Duff
DUFF LAW PLLC
43-10 Crescent Street
Suite 1217
New York, New York 11101
ajd@hoganduff.com
(t) 646.450.3607

March 1, 2022

**VIA EMAIL & USPS**
Committee to Elect Gary Petershagen
621 State Route 9NE PMB #A-31
Lake Stevens, Washington 98258
GaryPetershagen@hotmail.com

Re:     *Infringing Use of Photograph in Mailer*

Dear Sirs:

We represent Casey Strom with respect to intellectual property rights. Our client is a photographer who owns federal copyright Registration No. VA2277688 for a photograph titled *Lake Stevens Food Bank Groundbreaking*, which is enclosed. A copy of the registered image is show below (the "Image"):



Our client spends a significant amount of time and energy developing his skills as a photographer, and he places great value on his right to control how and when his works are presented.

# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

We understand that the Committee to Elect Gary Petershagen (the "Organization") used our client's Image in at least two political advertisements supporting the re-election of Gary Petershagen without our client's authorization. Our client's Image appears in the following mailer:



A digital version of the infringing mailer shown above also appears on Facebook as shown in the enclosed printout.

The Organization's circulation of the flyer shown above constitutes willful copyright infringement. The intentional use of our client's copyrighted image without authorization not only deprived our client of a licensing fee, it also unfairly associated our client's work with Gary Petershagen's political campaign. While our client typically requires parties that make unauthorized uses of his photographs to pay treble what he would have charged a party that sought permission and a license before using his photographs, our client would never have licensed his photographs for this political campaign. The association created between Petershagen and our client has caused irreparable damage to our client's reputation.

Despite such irreparable harm and circumstances suggesting willful infringement, our client is willing to treat this as an innocent infringement for the time being. Our client is prepared to consider this matter resolved if the Organization: (1) pays our client a one-time licensing fee for the flyers that were already distributed equal to eight thousand dollars ($8,000); (2) promises in writing to stop distributing or publishing any materials that make use of our client's Image in any way; and (3) provides a written guarantee that it has destroyed any additional materials featuring our client's Image.

DUFF.LAW   2

# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

Please let us hear from you with fourteen (14) days of this letter.

Very truly yours,

By: _____
Anderson J. Duff

AJD/jo
Encls.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-277-688

**Effective Date of Registration:**
October 29, 2021
**Registration Decision Date:**
December 03, 2021

---

## Title
_____

**Title of Work:**   Lake Stevens Food Bank Groundbreaking

## Completion/Publication
_____

**Year of Completion:**   2019
**Date of 1st Publication:**   May 03, 2019
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Casey Brian Strom
  **Author Created:**   photograph
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Year Born:**   1990

## Copyright Claimant
_____

**Copyright Claimant:**   Casey Brian Strom
10510 3rd PL SE, Lake Stevens, WA, 98258

## Rights and Permissions
_____

**Name:**   Casey Strom
**Email:**   casey@caseystrom.com

## Certification
_____

**Name:**   Casey Brian Strom
**Date:**   October 29, 2021

**Registration #:**   VA0002277688
**Service Request #:**   1-10946145641



Casey Brian Strom
10510 3rd PL SE
Lake Stevens, WA 98258 United States



**EXHIBIT 3**



September 1, 2022

**VIA USPS**

Gary Petershagen
9932 Vernon Road
Lake Stevens, Washington 98258

RE:     *Infringing Use of Casey Strom's Photograph*

Good afternoon:

We have not yet received a response to our March 1, 2022 letter, which is enclosed. Please let us hear from you immediately to discuss an amicable resolution of this matter. If we do not receive as response as described in our enclosed letter, our client has advised us to pursue this matter before the Copyright Claims Board.

Very truly yours,

Anderson J. Duff

AJD/jo
Encl.

**EXHIBIT 4**



January 5, 2023

**VIA CERTIFIED MAIL & EMAIL**

Gary Petershagen
9932 Vernon Road
Lake Stevens, Washington 98258
GaryPetershagen@hotmail.com

RE:    *Infringing Use of Casey Strom's Photograph*

Dear Mr. Petershagen:

We have not yet received a response to our March 1, 2022 or September 1, 2022 letters, which are enclosed. As stated in our March 1, 2022 letter, our client is willing to settle its copyright infringement claims against you for a one-time licensing fee of eight thousand dollars ($8,000).

If we do not receive a response within **fourteen (14) days** of this letter, our client has instructed us to file the attached complaint with the Copyright Claims Board.

Very truly yours,

Anderson J. Duff

AJD/jo
Encls.

# Submit a copyright claim



STEP 1:   STEP 2:   STEP 3:   STEP 4:   STEP 5:   STEP 6:

## Review

⚠ **The documents and information you include in your claim will be viewable by the general public on eCCB (other than street addresses, phone numbers, and emails entered in the claimant and respondent information fields). You will be unable to redact or remove documents or information after submission.**

**Type**

A claim for infringement

**Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?**

○ Yes   ⦿ No

**Claimant**
[Edit]

**Name**
Casey Strom
**Email address**
Casey@caseystrom.com
**Phone number**
206-498-0439
**Address**
3335 Paine Avenue
Everett, WA 98201
Authorized representative information
**Name**
Anderson J Duff
**Law firm, clinic, or pro bono legal services organization name**
Duff Law PLLC
**Email**
ajd@hoganduff.com
**Phone**
646-450-3607
**Address**
43-10 Crescent St. Ste. 1217
New York, NY 11101
**I represent this claimant**

**Respondent**
[Edit]

**Name**
Gary Petershagen
**Email**
GaryPetershagen@hotmail.com
**Address**
9932 Vernon Road
Lake Stevens, WA 98258

**Infringement claim: Works infringed**
[Edit]

**Title of work**
Lake Stevens Food Bank Groundbreaking
**Author(s)**
Casey Strom
**Has the work been registered by the Copyright Office?**
Yes
**Registration number**
VA0002277688
**Effective date**
10/29/2021

**Type of work**

Pictorial Graphic and Sculptural (such as two-dimensional and three-dimensional works of art, graphic art, and photographs)

**Describe the work**

Photograph of Lake Stevens Food Bank Groundbreaking

| | |
|---|---|
| **Infringement claim: Wrongful activities**<br>Edit | **Wrongful activities**<br>Create a derivative work<br>Publicly display the work<br>Distribute copies of the work<br>Reproduce the work |

**Is the infringement ongoing?**

Unknown

**Infringement dates**

September 30, 2021 - Unknown

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**

Respondents used Claimant's photograph in a campaign mailer in support of Respondent Gary Petershagen's campaign for re-election to the Lake Stevens City Council without authorization from Claimant.

**Describe the infringement**

Respondents used Claimant's photograph in a campaign mailer Respondents mailed to voters in support of Respondent Gary Petershagen's campaign for re-election to the Lake Stevens City Council without Claimant's knowledge or authorization.

**Are any of the respondents online service providers?**

No

**Description of harm suffered and relief sought**

Claimant seeks monetary damages not to exceed $8,000 as a licensing fee.

| | |
|---|---|
| **Documentation**<br>Edit | •  Copyright Reg Cert.pdf<br>• Client's Image.jpg<br>• Infringing Flyer.jpg<br>• Use of Image on Facebook.pdf |

| | |
|---|---|
| **Your contact emails** | The following email addresses will be saved with your account.<br><br>**Primary email** *    ajd@hoganduff.com<br><br>＋ Add email |

## Declaration

By submitting this claim, you certify under penalty of perjury that the information in the claim is accurate and truthful to the best of your knowledge. Further, if you are not the claimant, you certify that you have confirmed the accuracy of the information with the claimant.

## Filing fee

A claim must be accompanied by a non-refundable filing fee of $40.00, or the claim will not be received. After you "submit" your claim here, you will be redirected to Pay.gov to pay the fee, so that the filing process may be completed. If the respondent does not opt out, the claimant shall be required to pay a second fee of $60.00 for the claim to proceed.

 **After you submit your claim, you will receive a confirmation email at your registered address. Make sure to check your email and save for reference.**

**Your signature, certifying the above, is required. Please enter your full name below.** *

s/ [                                                                                    ] /

[ Agree & submit ]   [ Back ]   [ Save & exit ]

**EXHIBIT 5**

# Lake Stevens Mayors Past and Present Agree



## Re-Elect Gary Petershagen

## Both Democrats and Republicans Support Gary Petershagen

" It is my honor to endorse Gary Petershagen for re-election to the Lake Stevens City Council. He has served our community well and I have always appreciated his thoughtful leadership addressing difficult subjects. We need Gary's experience on the City Council."

- John Spencer, former Mayor of Lake Stevens (2016-2019)







**ElectGaryPetershagen.com**

Paid for by Committee to Elect Gary Petershagen
621 State Route 9NE PMB #A-31
Lake Stevens, WA 98258

PRSRT STD
US POSTAGE
PAID
PERMIT NO. 5544
SEATTLE WA

"Gary Petershagen has been a steady voice on Council. He researches issues and listens to all perspectives before coming to a conclusion on often hot topics that require diligence and hard work. He works well with his colleagues even during disagreements and he has my endorsement, I hope you will join me in voting for Gary."

- Mayor Brett Gailey (2020-Present)

*Re-Elect Gary Petershagen on Nov. 2!*

## Both Democrats and Republicans Support Gary Petershagen

" It is my honor to endorse Gary Petershagen for re-election to the Lake Stevens City Council. He has served our community well and I have always appreciated his thoughtful leadership addressing difficult subjects. We need Gary's experience on the City Council."

- John Spencer, former Mayor of Lake Stevens (2016-2019)







**ElectGaryPetershagen.com**

"Gary Petershagen has been a steady voice on Council. He researches issues and listens to all perspectives before coming to a conclusion on often hot topics that require diligence and hard work. He works well with his colleagues even during disagreements and he has my endorsement, I hope you will join me in voting for Gary."

- Mayor Brett Gailey (2020-Present)

*Re-Elect Gary Petershagen on Nov. 2!*



**EXHIBIT 6**

