Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CASEY STROM,<br><br>          Plaintiff,<br><br>   v.<br><br>GARY PETERSHAGEN,<br><br>          Defendant. | Civil Action No. 24-cv-583BAT<br><br>(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

This matter having come before the Court on Defendant Gary Petershagen's motion to dismiss, and the Court having reviewed the motion and all papers in support and opposition thereof and arguments of counsel, hereby ORDERS that Defendant's motion is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED:_____

_____
United States Magistrate Judge

(PROPOSED) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1
Civil Action No. 24-cv-583BAT
GPET-6-0001P002 PORD MDISMISS

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1 | Presented by:
2 |
3 | s/David A. Lowe, WSBA No. 24453
    Lowe@LoweGrahamJones.com
4 | LOWE GRAHAM JONES^PLLC
1325 Fourth Avenue, Suite 1130
5 | Seattle, Washington 98101
T: 206.381.3303
6 |
7 | Attorneys for Defendant Gary Petershagen

(PROPOSED) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 2

Civil Action No. 24-cv-583BAT

GPET-6-0001P002 PORD MDISMISS

